## (April 28, 1969)

■ In the Matter of CITY OF NEW YORK, Appellant-Respondent, Relative to Acquiring Title to Real Property, Bounded by Ewen Avenue and Other Streets, in the Boroughs of Manhattan and The Bronx, Duly Selected as a Site for John F. Kennedy High School and Recreational Purposes. WEMBLEY REALTY CORP. et al., Respondents-Appellants; MOBIL OIL CORP., Respondent.— Final decree entered April 5, 1968, unanimously modified on the law to provide that the interest shall be 4% from the date of vesting and 6% from August 1, 1966 and otherwise affirmed, without costs and disbursements. (See *Matter of City of New York* [*Manhattan Civic Center Area*], 32 A D 2d 530.) Settle order on notice. Concur — Eager, J. P., Capozzoli, Tilzer, Markewich and Bastow, JJ.

■ KITTY PANZER, as Administratrix of the Estate of ARTHUR LICHTER, Deceased, Appellant, v. ACCELERATED TRUCKING CORP. et al., Respondents.— Order entered June 19, 1968, setting aside a jury verdict unanimously affirmed, with $50 costs and disbursements to respondents. The record supports the Trial Justice's decision. The remarriage of the sister was of no significance in the ultimate disposition. Concur — Stevens, P. J., Capozzoli, Nunez, McNally and Steuer, JJ.

■ In the Matter of UNITED STATES TRUCKING CORPORATION, Appellant, v. ROBERT FRANK, as President of Garage Employees Union Local 272, I. B. T., et al., Respondents.— Order entered December 4, 1968, denying a motion to stay arbitration, unanimously affirmed, without costs or disbursements, on condition that within 10 days after the entry of the order hereon the union files a duly acknowledged consent to the arbitration. Settle order on notice. Concur — Stevens, P. J., Eager, McGivern, Nunez and McNally, JJ.